EARTH ISLAND INSTITUTE ETC. ET AL., PLAINTIFFS *v.*
MADELINE K. ALBRIGHT ETC. ET AL., DEFENDANTS

Court No. 94–06–00321

(Dated November 4, 1998)

## ORDER

AQUILINO, JR., *Judge:* The court in slip op. 96–165, 20 CIT 1221, 942 F.Supp. 597 (1996), having ordered enforcement of the terms and conditions of 16 U.S.C. §1537 note (1989), as enacted by Congress, and awarded the plaintiffs reasonable attorneys' fees and expenses and costs pursuant to the Endangered Species Act, 16 U.S.C. §1540(g); and the defendants and intervenor-defendant having appealed slip op. 96–165 to the United States Court of Appeals for the Federal Circuit, which opined, 147 F.3d 1352 (1998), that this court lacked jurisdiction to order enforcement after the plaintiffs sought to withdraw their motion therefor and that attorneys' fees and expenses and costs could not be awarded pursuant to the Endangered Species Act in the light of *Bennett v. Spear*, 520 U.S. 154 (1997); and the court of appeals having vacated slip op. 96–165 and having remanded the case for a determination of whether an award of fees under the Equal Access to Justice Act, 28 U.S.C. §2412, would be appropriate; and the parties having appeared before this court on September 2, 1998 in regard to the order of remand and having been afforded additional time to supplement the record herein; and counsel

---

[7] Despite the considerable evidence put forth by the Plaintiff, the Court cannot, at this stage, determine that the § 351.225(k)(1) criteria unambiguously exclude Eckstrom's imports because two of the key identifiers listed in each of the documents are seemingly broad enough to include cast pipe fittings. That is, cast pipe fittings are both: 1) stainless steel butt-weld pipe fittings under fourteen inches inside diameter and 2) used in corrosive applications.

for the plaintiffs and the defendants having filed on November 2, 1998 a Joint Stipulation as to Attorney's Fees and Costs, providing, among other things, that the defendants pay to the plaintiffs the amount of $300,000.00 in full satisfaction of any attorneys' fees and costs incurred by them during the course of this case and that the defendants expedite payment thereof and thereby resolve that remaining, fee issue in this case; and the plaintiffs and the defendants having proposed entry of an order in conformity with their stipulation; Now therefore, after due deliberation, it is hereby

ORDERED that the defendants pay to the plaintiffs the amount of $300,000.00 in conformity with the terms and conditions set forth in the aforesaid Joint Stipulation as to Attorney's Fees and Costs filed herein on November 2, 1998.